JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                            :



INDICTMENT

MORIAMO OGUNBADEJO,                  :

        Defendant.            08 Cr.

08 CRIM 297

- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about March 12, 2007, and continuing thereafter, in the Southern District of New York and elsewhere, MORIAMO OGUNBADEJO, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of fifteen years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of her release, to wit, OGUNBADEJO failed to appear before United States District Judge Sidney H. Stein on March 12, 2007, for a trial in the matter of United States v. Moriamo Ogunbadejo, 06 Cr. 1116 (SHS), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney